**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-07592 JAK (RZx) | Date | November 8, 2012 |
| Title | National Improvement Fund, LLC v. Sophie Volovnik | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING REMOVAL AND REMANDING CASE TO LOS ANGELES SUPERIOR COURT  JS-6**

On October 24, 2012, this Court issued an Order to Show Cause re Subject Matter Jurisdiction, directing that, by November 7, 2012, each party submit a memorandum with respect to whether this Court has subject matter jurisdiction over this action. Dkt. 8. Plaintiff responded timely and contends this Court does not have subject matter jurisdiction. Dkt. 9. Defendant, who removed the action to this Court (Dkt. 1), did not respond. The party seeking to invoke the Court's jurisdiction bears the burden of establishing it. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

For the reasons given its previous Order (Dkt. 8), the Court finds it lacks subject matter jurisdiction over the matter. Accordingly, the Court remands this case to the Superior Court of California, County of Los Angeles at its Van Nuys Courthouse (Case No. 12B02919). Accordingly, the November 26, 2012 Scheduling Conference is moot.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak